# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

JAMI J. JENSEN, )
)
    Plaintiff, )
)
vs. ) Civil Action No. 03-B-0972 (MJW)
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

## JUDGMENT

UPON trial of this action to a jury, and the issues having been duly tried, and the jury having duly rendered its Verdict on November 30, 2004 in favor of Plaintiff and against Defendant,

IT IS ORDERED, ADJUSTED AND DECREED that the following judgment is hereby entered against Defendant on Plaintiff's Complaint:

| | |
|---|---|
| 1995 1040X | $162,712.00 |
| 1997 1040X | $137,802.00 |
| Total | $300,514.00 |

plus statutory interest pursuant to IRC §6611 until paid.

Judgment is also entered for costs awarded to date.   $ 10,150.84

DONE AND SIGNED this _____ day of _____, 2006.

_____
U.S. District Court Judge

APPROVED AS TO FORM:

_____
Larry D. Harvey
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
303-220-7810
303-850-7115 (facsimile)

U.S. DEPARTMENT OF JUSTICE

By _____
Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
202-353-0300
202-307-0054 (facsimile)

C:\WordPerfect Files\Jensen\Tax Judgment.wpd