IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAMI J. JENSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 03-B-0972 (MJW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO REOPEN CASE FOR ENTRY OF JUDGMENT

COMES NOW Plaintiff, Jami J. Jensen, by and through her undersigned attorney, Larry D. Harvey, and for her Unopposed Motion to Reopen for Entry of Judgment, states as follows:

1. This case was closed on November 30, 2004. The parties desire to reopen the case in order to enter judgment. Because of the closure, it was not possible to electronically file this Motion.

2. The matter involved claims for refund filed by the Plaintiff for income tax for the years 1995 through 1997. This action was tried from November 22, 2004 through November 24, 2004. On November 30, 2004, a judgment was entered in favor of the Plaintiff and against the Defendant.

3. While preparing jury instructions, Defendant agreed that it would prepare any computation for the purpose of the entry of judgment.

4. Defendant appealed the case which led to certain delays in resolving the computation for the judgment. The Internal Revenue Service finally prepared an accurate computation in November of 2005 which led to further delays.

5. The form of Judgment filed together with this Motion has been approved as to form by Defendant.

WHEREFORE, Plaintiff requests that this Court reopen the case and enter the proposed Judgment filed herewith.

RESPECTFULLY SUBMITTED the 10th day of February, 2006.

Larry D. Harvey
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
303-220-7810
303-850-7115 (facsimile)

## CERTIFICATE OF MAILING

I hereby certify that on this 10th day of February, 2006, a true and correct copy of the foregoing **UNOPPOSED MOTION TO REOPEN CASE FOR ENTRY OF JUDGMENT** was deposited with the United States Postal Service, first class and postage prepaid, addressed to:

Jeffrey S. Swyers, Esq.
Civil Trial Section, Western Region
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

C:\D\Word Perfect Files\Jensen\Tax-UnopposedMtnReJudgment.wpd