# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 03-cv-00972-LTB-MJW

JAMI J. JENSEN,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Reopen Case for Entry of Judgment (Doc 86 - filed February 10, 2006) is **GRANTED**.

Dated: February 15, 2006
_____