FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| JAMI J. JENSEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 03-B-0972 (MJW) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) Honorable Lewis T. Babcock |

### SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Colorado is hereby authorized and empowered to satisfy and cancel said Judgment of record.

LARRY D. HARVEY, ESQUIRE
5290 DTC Parkway, Suite 150
Englewood, Colorado   80111

Dated this 27th day of Sept, 2006

**U.S. Department of Justice**

Tax Division

EJO'C:RSW:WEThompson:wet
5-13-22139
CMN 2003104876

Washington, D.C. 20530

September 26, 2006

<u>FEDERAL EXPRESS</u>

Larry D. Harvey, Esquire
5290 DTC Parkway, Suite 150
Englewood, Colorado  80111

Re:  Jami J. Jensen v. United States of America
     <u>Civil No. 03-B-0972 (MJW)    USDC Colorado</u>

Dear Mr. Harvey:

We are transmitting herewith Treasury check No. 32,532,905, dated July 12, 2006, in the amount of $10,150.84, in payment of the award of costs in the above-entitled case.

We are also enclosing a Satisfaction of Judgment, to be executed by you as counsel of record, and filed with the Clerk of the District Court for the District of Colorado. Please request the Clerk to advise this office when the Satisfaction of Judgment has been filed, for our records.

Sincerely yours,

EILEEN J. O'CONNOR
Assistant Attorney General
Tax Division

By:  *Robert S. Watkins*

ROBERT S. WATKINS
Chief, Civil Trial Section,
Western Region

Enclosures

cc:  William J. Leone, Esquire
     United States Attorney
     Seventeenth Street Plaza
     1225 17th Street, Suite 700
     Denver, Colorado  80202
     ATTN:  Mark Pestal, Esquire
            Assistant United States Attorney

**LARRY D. HARVEY**
PROFESSIONAL CORPORATION
ATTORNEY AT LAW
5290 DTC PARKWAY, SUITE 150
ENGLEWOOD, COLORADO 80111
TELEPHONE: (303) 220-7810
FACSIMILE: (303) 850-7115
E-MAIL: lharvey@ldhpc.com

September 27, 2006

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294-3589

    Re:    *Jami J. Jensen v. United States of America*
            Civil Action No. 03-B-0972 (MJW)

Dear Sir/Madam:

       The Defendant, United States of America, asked that we submit the enclosed original and two (2) copies of the Satisfaction of Judgment. A copy of their correspondence dated September 26, 2006 is also enclosed. Please return a file stamped copy of the Satisfaction of Judgment to me in the enclosed self-addressed, stamped envelope. Please advise counsel of Defendant when the Satisfaction of Judgment has been filed.

       Please call with any questions. Thank you.

                                     Sincerely,

                                     Larry D. Harvey

LDH:dca
Enclosures

C:\Data\WordPerfect\Jensen\Tax-USDistrictCourtLtr4.wpd